UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

STRIKE 3 HOLDINGS, LLC
PLAINTIFFS

V.                                          CIVIL ACTION NO. 8:20-cv-01032-CEH-CPT

ETIENNE PORTER
DEFENDANT

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant ETIENNE PORTER, (hereafter "Defendant"), by and through its counsel, Dominique Brown, hereby answers the Complaint of Plaintiff STRIKE 3 HOLDINGS, LLC ("Plaintiff") and asserts its Affirmative Defenses as follows:

**INTRODUCTION**

1. Denied.
2. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 2, and therefore they are deemed denied.
3. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 2, and therefore they are deemed denied.
4. Denied in part; admitted in part. Defendant admits to only downloading Plaintiff's motion pictures. The remaining factual allegations in Paragraph 4 are denied.
5. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 5, and therefore they are deemed denied.
6. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6, and therefore they are deemed denied.

**JURISDICTION AND VENUE**

7. Admitted.
8. Admitted.
9. Admitted in part; denied in part. Paragraph 9 contains conclusions of law to which no response is required. Defendant admits, however, that this Court has jurisdiction over the subject matter of this Complaint.

10. Denied in part; admitted in part. Paragraph 10 contains conclusions of law to which no response is required. Defendant admits, however, that venue is proper in this Court.

## PARTIES

11. Admitted.

12. Denied.

## FACTUAL BACKGROUND

13. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 13, and therefore they are deemed denied.

14. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 14, and therefore they are deemed denied.

15. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 15, and therefore they are deemed denied.

16. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 16, and therefore they are deemed denied.

## DEFENDANT USES THE BITTORRENT FILE DISTRIBUTION NETWORK TO INFRINGE PLAINTIFF'S COPYRIGHTS

17. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 17, and therefore they are deemed denied.

18. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 18, and therefore they are deemed denied.

19. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 19, and therefore they are deemed denied.

20. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 20, and therefore they are deemed denied.

21. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 21, and therefore they are deemed denied.

22. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 22, and therefore they are deemed denied.

23. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 23, and therefore they are deemed denied.

24. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 24, and therefore they are deemed denied.

25. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 25, and therefore they are deemed denied.

26. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 26, and therefore they are deemed denied.

27. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 27, and therefore they are deemed denied.

28. Denied. Paragraph 28 contains conclusions of law to which no response is required.

29. Denied. Paragraph 29 contains conclusions of law to which no response is required.

30. Denied. Paragraph 30 contains conclusions of law to which no response is required.

31. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 31, and therefore they are deemed denied.

32. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 32, and therefore they are deemed denied.

33. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 33, and therefore they are deemed denied.

34. Denied.  Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 34, and therefore they are deemed denied.

35. Denied. Paragraph 35 contains conclusions of law to which no response is required and Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 35, and therefore they are deemed denied.

36. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 36, and therefore they are deemed denied.

37. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 37, and therefore they are deemed denied.

38. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 38, and therefore they are deemed denied.

39. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 39, and therefore they are deemed denied.

40. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 40, and therefore they are deemed denied.

41. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 41, and therefore they are deemed denied.

42. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 42, and therefore they are deemed denied.

43. Denied in part; admitted in part.  Defendant denies copying and distributing Plaintiff's Works without authorization; Defendant admits downloading Plaintiff's Works with authorization.

44. Denied.

45. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 45, and therefore they are deemed denied.

46. Admit.

## DISCOVERY WILL LIKELY SHOW THAT DEFENDANT IS THE INDIVIDUAL WHO INFRINGED PLAINTIFF'S COPYRIGHTED WORKS

47. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 47, and therefore they are deemed denied.

48. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 48, and therefore they are deemed denied.

49. Denied.

50. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 50, and therefore they are deemed denied.

51. Admit.

52. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 33, and therefore they are deemed denied.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

53. The answers contained in paragraphs 1-52 are hereby re-asserted as if fully set forth herein.

54. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 54, and therefore they are deemed denied.

55. Admitted in part; denied in part. Defendant admits to downloading Plaintiff's Works. Defendant denies distributing Plaintiff's Works.

56. Denied. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 56, and therefore they are deemed denied.

57. Denied.

    a. Denied

    b. Denied

    c. Denied

    d. Denied

58. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Defendant denies that Plaintiff is entitled to any of the relief requested in the unnumbered "WHEREFORE" clause following Paragraph 58, including subparts (A) through (F), and respectfully requests that the Court dismiss the Complaint in its entirety and enter judgment in its favor and against Plaintiff.

The final paragraph also requires no response. To the extent a responsive pleading is required, Defendant denies that Plaintiff is entitled to a jury trial.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

The Plaintiff has failed to provide sufficient service of process on the Defendant.

Respectfully submitted,

/s/ Dominique Brown
Dominique Brown, Esq.
Florida Bar No. 1015362
The Dream Law Firm, PLLC
3643 Cortez Road West
Suite 100
Bradenton, FL 34210
(941) 251-6024
Email: Dominique@TheDreamLawFirm.com
Attorney for Defendant Etienne Porter

Dated: July 1, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>July 1, 2020</u>, I served a true and correct copy of the foregoing Answer to Plaintiff's Complaint via electronic filing with the Court's ECF system for notice to all counsel of record.

<u>/s/ Dominique Brown</u>
Dominique Brown, Esq.