UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
___TAMPA_____ DIVISION

Strike 3 Holdings, LLC     Plaintiff(s),
a limited liability company

-v-                                               Case No.  8:20-cv-01032-CEH-CPT

Etienne Porter

                Defendant(s)

**MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on _September 22_, 20 _20_, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

[✓]  All individual parties and their respective trial counsel.
[✓]  Designated corporate representatives.
[ ]  Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____
_____
_____
_____
_____
_____

(c) The outcome of the mediation conference was:

[✓] **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

[ ] **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____

[ ] **The conference was continued** with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

[ ] **The parties have reached an impasse.**

**Done this** ___30th___ day of _September_, 20 _20_, in _Sarasota_, Florida.

_/s/ John W. Chapman, Jr._
Signature of Mediator

John W. Chapman, Jr.
Name of Mediator

The John Chapman Law Firm, P.A.

1515 Ringing Blvd., Suite 870
Mailing Address

Sarasota                                    FL
City                                        State

34236              941 - 404 - 4616
Zip                Telephone Number